IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  05-cr-00079-LTB-5

UNITED STATES OF AMERICA,

       Plaintiff,

v.

5.     AMIRAN GAGNIDZE,

       Defendant.

___

## **ORDER**
___

Upon Government's Motion to Dismiss Second Superseding Indictment Against Defendant Amiran Gagnidze (Doc 289 - filed December 19, 2013), it is

ORDERED that Government's Motion is GRANTED and the Second Superseding Indictment Against Defendant Amiran Gagnidze is DISMISSED WITHOUT PREJUDICE.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED: December 23, 2013